**2002–1377. State v. Cunningham.**
Allen C.P. No. CR20020010. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Allen County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to February 5, 2003.

## MISCELLANEOUS DISMISSALS

**2002–0138. State ex rel. Dayton–Walther Corp. v. Indus. Comm.**
Franklin App. No. 01AP–179. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due October 1, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

**2002–1028. State ex rel. Handy v. Conrad.**
Franklin App. No. 01AP–603, 2002-Ohio-2391. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2002–1577. State v. Kaplowitz.**
Lake App. No. 2001–L–025, 2002-Ohio-4217. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due October 4, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

**2002–1710. McDonald v. Montgomery.**
This cause originated in this court on the filing of a complaint for declaratory judgment. Upon consideration thereof,

IT IS ORDERED by the court, sua sponte, that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–1527. State ex rel. Bell v. Montgomery Cty. Bd. of Commrs.**
In Mandamus and Prohibition.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002–1007. South–Western City School Dist. Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2001–T–14.

**2002–1064. Fogg Brooklyn Hts., L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 01–K–47.

**2002–1095. Cleveland Mun. School Dist. Bd. of Edn. v. Cuyahoga Cty. Aud.**
Board of Tax Appeals, Nos. 99–J–1763, 99–J–1764, 99–J–1773 and 99–J–1774.